IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

Civil Action No. 2:13-27185

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Marquetta Hales

2. Plaintiff's Spouse (if applicable)

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

4. State of Residence

   Oklahoma

5. District Court and Division in which venue would be proper absent direct filing.

   U.S.D.C. Eastern District of Pennsylvania

6. Defendants (Check Defendants against whom Complaint is made):

   ☑ A. Ethicon, Inc.

   ☑ B. Ethicon, LLC

Revised: 5/29/13

- [x] C. Johnson & Johnson
- [ ] D. American Medical Systems, Inc. ("AMS")
- [ ] E. Boston Scientific Corporation
- [ ] F. C. R. Bard, Inc. ("Bard")
- [ ] G. Sofradim Production SAS ("Sofradim")
- [ ] H. Tissue Science Laboratories Limited ("TSL")
- [ ] I. Mentor Worldwide LLC
- [ ] J. Coloplast Corp.

7. Basis of Jurisdiction

   - [x] Diversity of Citizenship
   - [ ] Other: _____

   A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 3-11

   B. Other allegations of jurisdiction and venue:

   Defendants Ethicon Inc. and Johnson & Johnson have signficant contacts and regularly conducts business in Pennsylvania, specifically within the Eastern District of Pennsylvania.

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

    - [ ] Prolift
    - [ ] Prolift +M
    - [ ] Gynemesh/Gynemesh PS
    - [ ] Prosima
    - [x] TVT
    - [ ] TVT-Obturator (TVT-O)
    - [ ] TVT-SECUR (TVT-S)
    - [ ] TVT-Exact
    - [ ] TVT-Abbrevo
    - [ ] Other

    _____

    _____

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

    - [ ] Prolift
    - [ ] Prolift +M
    - [ ] Gynemesh/Gynemesh PS
    - [ ] Prosima
    - [x] TVT
    - [ ] TVT-Obturator (TVT-O)
    - [ ] TVT-SECUR (TVT-S)
    - [ ] TVT-Exact
    - [ ] TVT-Abbrevo

☐       Other

_____

10. Date of Implantation as to Each Product:

    January 19, 2006

_____

11. Hospital(s) where Plaintiff was implanted (including City and State):

    Norman Regional Hospital

    Norman, Oklahoma

12. Implanting Surgeon(s):

    Shelba Bethel, M.D.

13. Counts in the Master Complaint brought by Plaintiff(s):

    ☑    Count I – Negligence

    ☑    Count II – Strict Liability – Manufacturing Defect

    ☑    Count III – Strict Liability – Failure to Warn

    ☑    Count IV – Strict Liability – Defective Product

    ☑    Count V – Strict Liability – Design Defect

    ☑    Count VI – Common Law Fraud

    ☑    Count VII – Fraudulent Concealment

    ☑    Count VIII – Constructive Fraud

- [✓] Count IX – Negligent Misrepresentation
- [✓] Count X – Negligent Infliction of Emotional Distress
- [✓] Count XI – Breach of Express Warranty
- [✓] Count XII – Breach of Implied Warranty
- [✓] Count XIII – Violation of Consumer Protection Laws
- [✓] Count XIV – Gross Negligence
- [✓] Count XV – Unjust Enrichment
- [ ] Count XVI – Loss of Consortium
- [✓] Count XVII – Punitive Damages
- [✓] Count XVIII – Discovery Rule and Tolling
- [ ] Other Count(s) (Please state factual and legal basis for other claims below):

_____

_____

_____

Address and bar information:

Kline & Specter
A Professional Corporation
1525 Locust Street
The Nineteenth Floor
Philadelphia, PA 19102

Attorneys for Plaintiff
Thomas R. Kline, Esquire/ID# 28895
Lee B. Balefsky, Esquire/ID# 25321
Michelle L. Tiger, Esquire/ID# 43872